**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| SHALANDA ROBINSON,<br><br>    Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, GATEWAY ONE LENDING & FINANCE, A TCF BANK COMPANY,<br><br>    Defendants. | Case No.: 5:16-cv-01276-JGB-KK<br><br>**ORDER** |

Having reviewed the parties' Stipulation of Dismissal with Prejudice between Plaintiff Shalanda Robinson and Defendants Experian Information Solutions, Inc.

**IT IS HEREBY ORDERED** that all claims of Plaintiff Shalanda Robinson against Defendants Experian Information Solutions, Inc. are dismissed with prejudice.

DATED:  March 8, 2017

                                      Jesus G. Bernal
                                      United States District Judge